## CRIMINAL COMPLAINT
### (Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Jasen Alexander Rubio**<br>DOB: 2002; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-06402MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about July 26, 2024, in the District of Arizona, **Jasen Alexander Rubio**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Marcos Adonai Santiago-Reyes, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On July 26, 2024, in the District of Arizona (Amado), at approximately 7:05 p.m., Border Patrol Agents (BPAs) were operating the Border Patrol Immigration Checkpoint located on Interstate 19 near Amado, Arizona, when they encountered a 2007 Honda Ridgeline approached the primary inspection area. At primary, the driver, **Jasen Alexander RUBIO**, was shaking and sweating. **RUBIO** told the agent he was a U.S. citizen and hesitantly said "yes" when asked if it was his truck. As the Ridgeline passed a BPA canine, the canine began to exhibit alert behavior on the passenger side taillight. BPAs directed **RUBIO** and Ridgeline over towards the secondary inspection area and had **RUBIO** step out from the Ridgeline. The BPA canine performed a secondary sniff of the vehicle and alerted on the bottom seam of the tailgate. BPAs noted that the Ridgeline has a spare tire storage compartment in the bed of the truck. BPAs opened the compartment and located a subject, later identified as Marcos Adonai Santiago-Reyes, lying inside. BPAs noted that the temperature was approximately 95 degrees Fahrenheit. BPAs conducted an immigration inspection and determined that Marcos Adonai Santiago-Reyes is a citizen of Mexico illegally present within the United States. Further records checks confirmed that Santiago-Reyes does not possess proper documentation to enter, pass through, or remain within the United States legally.

Material witness Marcos Adonai Santiago-Reyes stated he is a citizen of Mexico and he illegally crossed into the United States by himself. Santiago stated he was picked up by a sedan immediately after making entry into the United States and was taken to a different location. Santiago stated after several hours, he was picked up by a different vehicle and taken to another location where he was told to get into the bed of a grey truck. Santiago stated the driver of the truck was male and was the person holding open the compartment he was found in and was also the person who closed it. Santiago stated the driver also told him in Spanish to be patient before closing the door to the compartment due to how hot it was. Santiago stated the driver gave him a water bottle and told him to be quiet and to not make any noise.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Marcos Adonai Santiago-Reyes

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

| Sworn by telephone __x__ | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 29, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Siegele